## 32191. CROW v. BOWERS.

TOWNSEND, J. Since one of the prayers in this case is for the avoidance of a release from further liability, equitable relief is sought. Therefore, this case, being in equity, comes within the jurisdiction of the Supreme Court in accordance with art. VI, sec. II, par. IV of the Constitution (Code § 2-3704).

*Transferred to the Supreme Court. MacIntyre, P. J., and Gardner, J., concur.*

DECIDED DECEMBER 3, 1948.

*M. G. Hicks*, for plaintiff in error.
*James F. McNamara, Robert L. Royal*, contra.